IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN IRELAND,

        Plaintiff,

v.

BEND NEUROLOGICAL ASSOCIATES
LLC, and Oregon limited liability company,
et al.,

        Defendants.

Case No. 6:16-cv-02054-JR

ORDER

MCSHANE, Judge:

        Magistrate Judge Jolie A. Russo filed a Findings and Recommendation, ECF No. 62, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

1 –ORDER

Magistrate Judge Russo's Findings and Recommendation, ECF No. 62, is ADOPTED in full. The motions to strike, ECF No. 40, 53, are DENIED. Defendants' motions to dismiss, ECF No. 7, 31, 32, are GRANTED. Any motion to amend the complaint shall be filed within 14 days from the date of this order.

IT IS SO ORDERED.

DATED this 8th day of August, 2017.

/s/ Michael McShane
Michael McShane
United States District Judge

2 –ORDER