IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN IRELAND,

        Plaintiff,

v.

BEND NEUROLOGICAL ASSOCIATES
LLC, and Oregon limited liability company,
et al.,

        Defendants.

Case No. 6:16-cv-02054-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation, ECF No.98, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations. Plaintiff's request for oral argument is DENIED as unnecessary. Plaintiff

adequately expressed his arguments in his briefings. Plaintiff's motion to strike defendants' response is DENIED.

Magistrate Judge Russo's Findings and Recommendation, ECF No. 98, is ADOPTED in full. Plaintiff's Second Motion to Amend, ECF No. 92, is DENIED and this action is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this 27th day of March, 2018.

/s/ Michael McShane
Michael McShane
United States District Judge